HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TREMAYNE BEARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:16-cr-00046 LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | ) ) | |
| TREMAYNE BEARD, | ) ) | DATE: March 27, 2017<br>TIME: 8:30 a.m. |
| *Defendant.* | ) ) ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing scheduled for March 20, 2017, may be continued to March 27, 2017 at 8:30 a.m., or the soonest time thereafter convenient to the Court.

Tremayne Beard filed informal objections to the draft Presentence Investigation Report, including numerous factual objections, on February 22, 2017. The final Presentence Investigation Report is currently due February 27, 2017. The government intends to respond to the defense objections and additional time is requested to allow the parties an opportunity to resolve some factual disagreements prior to completion of the final Presentence Investigation Report, so the agreed upon facts may be incorporated into the final Presentence Investigation Report. USPO Adrian Garcia does not object to this proposed continuance.

/ / /

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, for effective defense investigation and preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: February 24, 2017        By   /s/ *Kimberly A. Sanchez*
                                     KIMBERLY A. SANCHEZ
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: February 24, 2017        By   /s/ *Eric V. Kersten*
                                     ERIC V. KERSTEN
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     TREMAYNE BEARD

**ORDER**

The sentencing hearing scheduled for March 20, 2017 is continued to March 27, 2017, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **February 24, 2017**            /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE