PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00046 LJO |
|---|---|
| Plaintiff, | STIPULATION TO RESET BRIEFING SCHEDULE AND CONTINUE SENTENCING |
| v. | |
| TREMAYNE BEARD, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Eric Kersten, attorney for the defendant, that the sentencing set for March 27, 2017 at 8:30 am before the Honorable Lawrence J. O'Neill be continued to April 3, 2017, at 8:30 a.m.  On Monday, March 20, 2017, defense filed objections to the presentence report. The government needs additional time to adequately address the objections as they deal in large part with the proper guideline to apply based on a number of factual and legal variables regarding a shooting related to the defendant's felon in possession conviction.  The government also anticipates an evidentiary hearing will be necessary.  On March 22, 2017, the government consulted with defense counsel who agreed to continue the sentencing one week to allow the government additional time to file a response to the defendant's objections. As such, the government respectfully requests the Court grant a one week continuance of sentencing based upon the reasons set forth herein and the parties' stipulation.

Stipulation                                          1

.

Dated: March 23, 2017                                    Respectfully submitted,

                                                                               PHILLIP A. TALBERT
                                                                               United States Attorney

                                                                          By    /s/ Kimberly A. Sanchez
                                                                              KIMBERLY A. SANCHEZ
                                                                              Assistant U.S. Attorney

Dated: March 23, 2017                                    /s/ Eric Kersten
                                                                              ERIC KERSTEN
                                                                              Attorney for Defendant

IT IS SO ORDERED.

Dated:   **March 24, 2017**                        **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES CHIEF DISTRICT JUDGE

Stipulation