1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ANN C. McCLINTOCK, Bar #141313
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
5  Telephone: (916) 498-5700

6
   Attorney for Defendant-Movant
7  TREMAYNE BEARD

8                 IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,                 Case No.: 1:16-cr-0046-001
12
              Plaintiff,
13
                                             **STIPULATION AND PROPOSED**
14     v.                                    **ORDER**

15  TREMAYNE BEARD,

16            Defendant-Movant.

17
                              **STIPULATION**
18

19  1.  Defendant-Movant filed a pro se motion for reduction in sentence on October 27, 2020
20
        as docket entry no. 39.
21
22  2.  This Court referred the motion to the Federal Defender's Office on November 3,

23      2020, and gave the FDO 60 days within which time to either file a supplement or to

24      notify the Court and the government of its intent not to do so.  The FDO lost track of
25
26      this case and failed to comply with the scheduling order.

27  3.  The FDO had a legal call with Mr. Beard and learned that he does wish to have the
28
   STIPULATION AND PROPOSED ORDER

assistance of counsel in this matter pursuant to General Order 595.  The FDO is

gathering information from Mr. Beard and the Bureau of Prisons in order to file a

supplement to the pro se motion.

4.  Therefore the parties stipulate and agree that this Court should reset the briefing

schedule in this matter, as follows:

   a.  The Defendant by and through the FDO shall file a supplement to the motion

      within 30 days of the date of this order;

   b.  The government shall file a response to the motion and supplement within 14

      days of the service of the supplement; and

   c.  Defendant shall file any reply to the government's response with seven days

      of the service of the response.

Dated:  March 22, 2021                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          *s/ Ann C. M$^c$Clintock*
                                          ANN C. M$^c$CLINTOCK
                                          Assistant Federal Defender
                                          Attorneys for Defendant-Movant
                                          TREMAYNE BEARD

                                          PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          *s/ Christopher D. Baker*
                                          CHRISTOPHER D. BAKER
                                          Assistant United States Attorney
                                          Attorneys for Plaintiff

STIPULATION AND PROPOSED ORDER

**ORDER**

Based upon the stipulation and representation of the parties, the court adopts the proposed briefing schedule as follows:

a. The Defendant by and through the FDO shall file a supplement to the motion within 30 days of the date of this order;

b. The government shall file a response to the motion and supplement within 14 days of the service of the supplement; and

c. Defendant shall file any reply to the government's response with seven days of the service of the response.

IT IS SO ORDERED.

Dated:     March 22, 2021

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER