HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
TREMAYNE BEARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TREMAYNE BEARD,<br><br>    Defendant-Movant. | No. 1:16-cr-00046 NONE<br><br>ORDER TO PERMIT FILING EXHIBIT C AND REDACTED EXHIBITS D AND E<br><br>(Doc. No. 53) |

GOOD CAUSE APPEARING, and pursuant to Local Rule 140, the court approves defendant's request to file Exhibit C (which contains prison records partially redacted by the Bureau of Prisons), and redacted versions of Exhibits D and E in support of his Supplement to his motion for a reduction in sentence and compassionate release.[1]

IT IS SO ORDERED.

Dated:  May 11, 2021

_____
UNITED STATES DISTRICT JUDGE

---

[1] The redactions in the above-mentioned documents appear consistent with Local Rule 140 and therefore their filing does not technically require leave of court. However, to the extent the court's prior order regarding sealing (Doc. No. 48) implied that permission was required to re-file these documents on the public record, permission is granted herein.